UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCELLA BOND,

                        Plaintiff,                  Docket #: 1:21-cv-829

    *against*

STOP and SHOP
SUPERMARKET COMPANY,

                        Defendant.
---------------------------------------------------------------X

### NOTICE OF FILING OF PETITION FOR REMOVAL

    PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
         February 16, 2021

THE STOP & SHOP SUPERMARKET COMPANY LLC i/s/h/a STOP and SHOP SUPERMARKET COMPANY

By: *Christine M. Capitolo*
CHRISTINE M. CAPITOLO [CMC9098]
TORINO & BERNSTEIN, P.C.
Attorney for Defendant
200 Old Country Road, Suite 220
Mineola, NY 11501
(516) 747-4301 Fax: (516) 747-5956

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this February 16, 2021, to TEPERMAN AND TEPERMAN, LLC., 15 East 40th Street, Suite 800, New York, NY 10016.

*Christine M. Capitolo*
CHRISTINE M. CAPITOLO