UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCELLA BOND,

                Plaintiff,

   -against-

STOP and SHOP
SUPERMARKET COMPANY,

                Defendant.
-------------------------------------------------------------X

CASE/DOCKET #: 1:21-cv-829
[ERK / VMS]

STIPULATION

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for all parties that the amount Plaintiff seeks in damages in this action is not in excess of the amount in controversy requirement of this Court and are thereby limited to no more than $75,000.00, exclusive of interest, costs, and disbursements.

    IT IS FURTHER STIPULATED AND AGREED that this matter will be remanded from Federal Court back to State Court, Supreme Court, Kings County.

    IT IS FURTHER STIPULATED AND AGREED that facsimile signatures of this Stipulation may be treated as originals, that counterparts shall each be considered originals and either may be filed via ECF without further notice.

Dated: Mineola, New York
       March 8, 2021

TORINO & BERNSTEIN, P.C.
By: Christine M. Capitolo
Attorneys for Defendant
THE STOP & SHOP SUPERMARKET
COMPANY LLC, i/s/h/a STOP and SHOP
SUPERMARKET COMPANY
200 Old Country Road, Suite 220
Mineola, New York 11501

TEPERMAN AND TEPERMAN, LLC
By: Bruce Teperman
Attorneys for Plaintiff
MARCELLA BOND
15 East 40 Street, Suite 800
New York, NY 10016

The Clerk is directed to close this case and remand this action to Supreme Court, Kings County.

"SO ORDERED"

s/Eric Komitee     March 11, 2021

Judge Eric R. Komitee